In the Matter of KAREEM PERRY, Petitioner, v SUPREME COURT, CRIMINAL TERM, PART 34, Respondent. [643 NYS2d 1012]

By decision and order dated May 13, 1996, the Supreme Court, Kings County, determined the petitioner's motion pursuant to CPL 440.10, and therefore the petitioner's application

is academic. Miller, J. P., Ritter, Santucci and Altman, JJ., concur.